IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER P. PATAKI, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 06-621 |
| ) | |
| v. ) | |
| ) | |
| PRUDENTIAL FINANCIAL, INC., a ) | |
| foreign corporation and THE ) | |
| PRUDENTIAL INSURANCE COMPANY ) | |
| OF AMERICA, a foreign corporation, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION FOR EXTENSION OF TIME**

**IT IS STIPULATED** by and between the parties, subject to the approval of the Court, that the time in which defendants shall answer or otherwise reply to the complaint is extended through and including December 8, 2006.

SILVERMAN, MCDONALD & FRIEDMAN

/s/ Brian E. Lutness for:
Brian E. Lutness (ID No. 3572)
1010 N. Bancroft Parkway
Suite 22
Wilmington, DE 19805
Telephone:   (302) 888-2900
Facsimile:   (302) 888-2923

*Attorneys for plaintiff*

SMITH, KATZENSTEIN & FURLOW LLP

/s/ Robert K. Beste
Robert K. Beste, III (ID No. 3931)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone:   (302) 652-8400
Facsimile:   (302) 652-8405

*Attorneys for defendants*

SO ORDERED, this _____ day of November, 2006.

_____
J.

10019329.WPD