IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER P. PATAKI,  )  <br>  )  <br> Plaintiff,  )  <br>  )  <br> v.  )  <br>  )  <br> PRUDENTIAL FINANCIAL, INC. and  )  <br> THE PRUDENTIAL INSURANCE  )  <br> COMPANY OF AMERICA,  )  <br>  )  <br> Defendants.  )  <br>  ) | Case No.:  06-621 JJF |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE THAT** Smith, Katzenstein & Furlow LLP, as counsel for Prudential Financial, Inc. and The Prudential Insurance Company of America, hereby withdraw their appearance in the above-captioned case, and request removal from all mailing matrices and the electronic filing notification for this case.

SMITH, KATZENSTEIN & FURLOW LLP

/s/ Robert K. Beste
Robert K. Beste, III (ID No. 3931)
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE  19899
Tel. (302) 652-8400
Fax (302) 652-8405

December 8, 2006

{06258}PLDG