IN THE UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER P. PATAKI | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| PRUDENTIAL FINANCIAL, INC. and | : | |
| THE PRUDENTIAL INSURANCE | : | |
| COMPANY OF AMERICA | : | |
| Defendants | : | NO. 06-621-JJF |

## RULE 16 SCHEDULING ORDER

The parties having satisfied their obligation under Fed. R. Civ. P. 26(f),

IT IS SO ORDERED that:

1. **Pre-Discovery Disclosures**. Pursuant to Rule 26(a)(1)(E)(i) of the Federal Rules of Civil Procedure, this proceeding is exempt from the requirements of Rule 26(a)(1) of the Federal Rules of Civil Procedure.

2. **Joinder of other Parties.** All motions to join other parties shall be filed on or before April 12, 2007.

3. **Settlement Conference.** Pursuant to 28 U.S.C §636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring the possibility of settlement. If the parties agree that they would benefit from a settlement conference, the parties shall contact Magistrate Judge Thynge to schedule a settlement conference so as to be completed no later than the Pretrial Conference or date ordered by the Court.

4. **Discovery**. The parties agree that discovery is limited pursuant to the terms and conditions of ERISA. The record before this Court consists of the administrative record. Each party is in possession of a copy of the administrative record.

237739.1

5)      **Case Dispositive Motions.** Any Dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before August 13, 2007. Briefing shall be pursuant to DDL. LR 7.1.2. No case Dispositive motion may be filed more than ten (10) days from the above date without leave of the Court.

6).     **Application by Motion.**

a)      Any applications to the Court shall by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware. Any non-Dispositive motion shall contain the statement required by LR 7.1.1. Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in the form other than a motion.

b)      No facsimile transmissions will be accepted.

c)      No telephone call shall be made to Chambers.

d)      Any party with a true emergency matter requiring the assistance of the Court shall email the Chambers at: jjf_civil@ded.uscourts.gov. The email shall provide a short statement describing the emergency.

7)      **Pretrial Conference and Trial.** After reviewing the parties proposed Scheduling Order, the Court will schedule a Pretrial Conference.

The Court will determine whether the trial date should be scheduled when the Scheduling Order is entered or at the Pretrial Conference. If scheduling of the trial date is deferred until the

237739.1

Pretrial Conference, the parties and counsel shall anticipate and prepare for a trial to be held within sixty (60) to ninety (90) days of the Pretrial Conference.

Date:_____                              _____
                                              The Honorable Joseph J. Farnan, Jr.

237739.1

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Independence Square West, The Curtis Center, Suite 1130 East, Philadelphia, Pennsylvania 19106-3308
Tel: (215) 627-6900   Fax: (215) 627-2665

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris*

www.wilsonelser.com

| | |
|---|---|
| KENNETH SCOTT * | JOSHUA H. BEISLER ++ ** |
| JONATHAN DRYER | BRIAN F. BREEN ** ^^ |
| LOUIS J. ISAACSOHN ++ | KRISTI A. BUCHHOLZ ** |
| KATHLEEN D. WILKINSON ** | SALVATORE A. CLEMENTE ** |
| KEVIN T. KAVANAGH ** | CHRISTINE M. DELANEY** |
| MICHAEL CAWLEY | MEGAN N. HARPER± |
| ADRIAN J. GORDON | HEATHER A. HERRINGTON |
| ROCHELLE M. FEDULLO | HELEN C. LEE |
| M. DOUGLAS EISLER + | RYAN L. LEONARD ** |
| MICHAEL S. TAKACS ** | HOPE LESTER |
| WENDY TESTA ** | JESSICA S. MAILMAN ** |
| WALTER S. JENKINS | NOELLE PALAZZO ** |
| | MARIA G. PERRI ** |
| OF COUNSEL | ERIN M. SICILIANO ** |
| | ENRICO C. TUFANO ** |
| WILLIAM J. TAYLOR, JR. | SHANNA K. WALKER |
| | JANIS L. WILSON ** |
| | DAMIEN ZILLAS |

March 12, 2007

\* ALSO ADMITTED IN NY
\+ ALSO ADMITTED IN NC
++ ALSO ADMITTED IN MD
^^ ALSO ADMITTED IN MA
\*\* ALSO ADMITTED IN NJ
± ALSO ADMITTED IN DE

**VIA ELECTRONIC FILING & REGULAR MAIL**

U.S. District Court, District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

Attention:   The Honorable Joseph J. Farnan, Jr.

   Re:   Christopher P. Pataki v. Prudential Financial, Inc., et al.
         U.S.D.C. for the District of Delaware; Civil Action; No. 06-621-JJF
         Our File No.   :   09720.00105

Dear Judge Farnan:

    Enclosed please find the Rule 16 Scheduling Order, to which both parties have conferred and agreed.

    We are available at the Court's convenience to address any questions or concerns.

                        Respectfully,

                        WILSON, ELSER, MOSKOWITZ,
                        EDELMAN & DICKER LLP

                        Megan N. Harper

MNH/mik
enclosure

cc:   Bruce E. Lutness, Esquire

238322.1