IN THE UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER P. PATAKI | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| PRUDENTIAL FINANCIAL, INC. and | : | |
| THE PRUDENTIAL INSURANCE | : | |
| COMPANY OF AMERICA | : | |
| Defendants | : | NO. 06-621-JJF |

### NOTICE OF PAPER FILING

**PLEASE TAKE NOTICE** that on August 13, 2007 defendants Prudential Financial, Inc. and The Prudential Insurance Company of America filed a paper copy of the Administrative Record related to the above-referenced matter with the Clerk of Court.

                        Respectfully submitted,

                        WILSON, ELSER, MOSKOWITZ,
                        EDELMAN & DICKER LLP

By:   s/Megan N. Harper
       Megan N. Harper, Esquire
       Attorney I.D. No. 4103
       Attorney for Defendants
       Prudential Financial, Inc. and
       The Prudential Insurance Company of
       America

Dated: August 13, 2007

261923.1

## CERTIFICATE OF SERVICE

I, Megan N. Harper, attorney for defendants Prudential Financial, Inc. and The Prudential Insurance Company of America, hereby certify that a true and correct copy of the within Notice of Paper Filing was served on August 13, 2007 by first class mail to counsel of record addressed as follows:

Bruce E. Lutness, Esquire<br>
SILVERMAN, McDONALD & FRIEDMAN<br>
1010 N. Bancroft Parkway, Suite 22<br>
Wilmington, DE 19085

s/Megan N. Harper  
Megan N. Harper

261923.1