IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER P. PATAKI,<br><br>    Plaintiff,<br><br>v.<br><br>PRUDENTIAL FINANCIAL, INC., a foreign corporation and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a foreign corporation,<br><br>    Defendants. | C.A. No.: 06-621<br><br>TRIAL BY JURY OF TWELVE DEMANDED |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, Plaintiff, Christopher P. Pataki, by and through his undersigned counsel and hereby requests that this Honorable Court to grant summary judgment in favor of the Plaintiff and against Defendants, pursuant to Federal Rule of Civil Procedure 56 (c). In support of said motion, the Plaintiff state as follows:

1.    On or about October 3, 2006, the Plaintiff filed a complaint with this court, seeking long term disability benefits, life insurance benefits, attorney's fees and costs, as a result of Defendants denial of benefits.

2.    Plaintiff elected to purchase, at his expense, long term disability coverage through the plan being offered by his employer, MBNA Corporation, Inc. Plaintiff was issued a policy of long term disability insurance pursuant to policy number G-24923. Defendants are the program administrators for said policy issued to MBNA Corporation, Inc.

3.    Plaintiff is a qualified participant in said benefit plan within the meaning of 29 U.S.C.A. § 1002(7). At all times relevant, the policy of insurance was in effect and all premiums paid in a timely fashion.

4. As this case involves a claim made pursuant to an employee welfare benefit plan, Plaintiff's claim is governed by federal law, namely the Employee Retirement Income Security Act ("ERISA") of 1974, as amended 29 U.S.C. §1100, *et seq.* and §1132.

5. Specifically this matter arises from a dispute over denial of long-term disability benefits claimed under the aforementioned policy, that were wrongfully terminated by Defendants on January 5, 2006.

6. Plaintiff is entitled to summary judgment in his favor because Defendants actions in arbitrarily terminating Plaintiff's long term disability benefits was wrongful and not based upon substantial and accurate medical evidence.

7. There are no material facts in dispute, and judgement is appropriate as a matter of law in favor of the Plaintiff.

8. The grounds and authorities in support of this Motion are set forth more fully in Plaintiff's Opening Brief, in support thereof, which has been filed contemporaneous hereto and incorporated herein by reference.

**WHEREFORE,** Plaintiff, Christopher Pataki respectfully requests that this Honorable Court enter summary judgement in favor of the Plaintiff, in accordance with Federal Rule of Civil Procedure 56 (c), and order Defendants to pay Plaintiff long-term disability benefits, as well as life insurance benefits that have accrued and are unpaid up to the date of judgement, including attorneys fees and costs of this action and such other relief as this court deems appropriate.

SILVERMAN, McDONALD & FRIEDMAN

/s/ Brian E. Lutness, Esquire
BRIAN E. LUTNESS, ESQUIRE
Bar I.D. No.: 3572
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805
Attorney for Plaintiff

Dated: August 13, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER P. PATAKI,<br><br>    Plaintiff,<br><br>v.<br><br>PRUDENTIAL FINANCIAL, INC., a foreign corporation and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a foreign corporation,<br><br>    Defendants. | C.A. No.: 06-621<br><br>TRIAL BY JURY OF TWELVE DEMANDED |

## ORDER

AND NOW, TO WIT, this _____ day of _____, 2007, having considered Plaintiff's Motion for Summary Judgment and Opening Brief in support thereof, and opposition thereto, if any;

Plaintiff's motion is GRANTED, and IT IS HEREBY ORDERED that summary judgment against Defendants and in favor of Plaintiff, Christopher Pataki is entered.

IT IS HEREBY ORDERED that an inquisition hearing will be held to determine Plaintiff's damages, at a date and time convenient to the Court.

SO ORDERED.

                                                                                 _____

                                                                                                      J.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER P. PATAKI, | : | |
| | : | C.A. No.: 06-621 |
| Plaintiff, | : | |
| | : | TRIAL BY JURY OF |
| v. | : | TWELVE DEMANDED |
| | : | |
| PRUDENTIAL FINANCIAL, INC., a | : | |
| foreign corporation and THE | : | |
| PRUDENTIAL INSURANCE COMPANY | : | |
| OF AMERICA, a foreign | : | |
| corporation, | : | |
| | : | |
| Defendants. | : | |

### CERTIFICATE OF SERVICE

I, Brian E. Lutness, Esquire hereby certify that two true and correct copies of Plaintiff's Motion for Summary Judgment, Opening Brief and exhibits were served via United States mail, first class, postage prepaid, this 13th day of August, 2007 upon:

Robert K. Beste, III, Esquire
Smith, Katzenstein & Furlow, LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899

SILVERMAN, McDONALD & FRIEDMAN

  /s/ Brian E. Lutness, Esquire
BRIAN E. LUTNESS, ESQUIRE
Bar I.D. No.: 3572
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805
Attorney for Plaintiff