# SEALED EXHIBITS A - K

## TO PLAINTIFF'S OPENING BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT