IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER P. PATAKI : <br> : <br> v.         : <br> : <br> PRUDENTIAL FINANCIAL, INC., : <br> AND THE PRUDENTIAL INSURANCE : <br> COMPANY OF AMERICA : <br> : | CIVIL ACTION <br><br> NO. 06-621 |

### DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Defendants Prudential Financial, Inc. and The Prudential Insurance Company of America (hereinafter referred together as "Prudential") by and through their counsel, hereby files this response to plaintiff's Motion for Summary Judgment.

1. Admitted.

2. Denied as stated. It is admitted only that plaintiff elected to purchase long term disability coverage through the plan issued by Prudential to his employer, MBNA Corporation, Inc. Prudential is the claim administrator for policy number G-24923.

3-4. Admitted.

5. Denied. This matter arises from a dispute over the termination of plaintiff's long term disability due to the determination that plaintiff was no longer disabled from performing the duties of his occupation or any other occupation.

6. To the extent, if at all, the allegations in this paragraph are not conclusions of law to which no response is required, they are denied. By way of further response, Prudential's

decision to terminate plaintiff's long term disability benefits was based upon substantial medical evidence.

7. Admitted in part, denied in part. It is admitted only that there are no material facts in dispute. It is specifically denied that plaintiff is entitled to judgment as a matter of law. In fact, as Prudential's determination to terminate plaintiff's long term disability benefits was based on substantial evidence and was not arbitrary or capricious, Prudential is entitled to judgment as a matter of law.

8. This paragraph does not require a response.

WHEREFORE, defendants Prudential Financial, Inc. and The Prudential Insurance Company of America respectfully request that summary judgment be granted in their favor and that plaintiff's complaint be dismissed with prejudice.

    Respectfully submitted,

    WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER, LLP

BY:   s/Megan Harper
    Megan Harper, Esquire
    The Curtis Center, Suite 1130 East
    Independence Square West
    Philadelphia, PA 19106
    (215) 627-6900
    (215) 627-2665 (fax)
    Megan.harper@wilson.elser.com
    DE. Atty. I.D. No. 4103

    Attorney for Defendants,
    Prudential Financial Inc. and
    The Prudential Insurance Company of
    America

Dated: August 23, 2007