```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF DELAWARE
```

CHRISTOPHER P. PATAKI,            :
                                  :
       Plaintiff,            :
                                  :
   v.                             : Civil Action No. 06-621-JJF
                                  :
PRUDENTIAL FINANCIAL, INC.        :
and THE PRUDENTIAL INSURANCE      :
COMPANY OF AMERICA                :
                                  :
       Defendants.           :

## O R D E R

At Wilmington, this 23 day of April 2008, for the reasons discussed in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendants' Motion For Summary Judgment (D.I. 15) is **GRANTED** and Plaintiff's Motion for Summary Judgment (D.I. 13) is **DENIED**.

                                                  */s/ Joseph J. Farnan*
                                      UNITED STATES DISTRICT JUDGE