IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CHRISTOPHER P. PATAKI,          :
                                :
        Plaintiff,              :
                                :
    v.                          : Civil Action No. 06-621-JJF
                                :
PRUDENTIAL FINANCIAL, INC.      :
and THE PRUDENTIAL INSURANCE    :
COMPANY OF AMERICA              :
                                :
        Defendants.             :

### FINAL JUDGMENT ORDER

For the reasons set forth in the Court's Memorandum Opinion and Order attached hereto;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendants and against Plaintiff on all of Plaintiff's claims.

_____
UNITED STATES DISTRICT JUDGE

Dated: April 24, 2008

_____
(By) Deputy Clerk